```
 1  CAROL C. LAM
    United States Attorney
 2  MICHELLE P. JENNINGS
    Assistant U.S. Attorney
 3  California State Bar No. 219972
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5956
    michelle.jennings@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

2006 NOV 27 PM 1:06

CLERK US DIST... ...COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06cr2181-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION FOR ORDER SHORTENING TIME AND ORDER THEREON |
| JUAN HERNANDEZ-PENA, | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, United States of America, by and through its counsel, Carol C. Lam, United States Attorney, and Michelle P. Jennings, Assistant U.S. Attorney, and hereby moves the court for an order modifying the time for filing the Government's Response and Opposition to Defendant's Motions for Discovery. Government counsel failed to calendar the motion hearing date properly, and thus, failed to respond to defendant's discovery motion in a timely manner.

DATED: November 16, 2006.

Respectfully submitted,

CAROL C. LAM
United States Attorney

s/Michelle P. Jennings

MICHELLE P. JENNINGS
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: michelle.jennings@usdoj.gov

<u>O R D E R</u>

IT IS HEREBY ORDERED that the time for filing the Government's Response and Opposition to Defendant's Motions for Discovery in <u>United States v. Juan Hernandez-Pena</u>, Case No. 062181-BEN, be shortened from November 13, 2006 to November 16, 2006.

SO ORDERED.

DATED: November 20, 2006.

_____
HONORABLE ROGER T. BENITEZ
United States District Court

06cr2181

2